NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYRONE L. CARTER, DOC #Y19848,       )
                                     )
        Appellant,                   )
                                     )
v.                                   )       Case No.  2D17-4497
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
_____)

Opinion filed October 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; J. Frank Porter, Judge.

PER CURIAM.

        Affirmed.

KELLY, CRENSHAW, and LUCAS, JJ., Concur.